# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA G. KELLY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2019 CW 0662

OCT 2 8 2019

---

In Re: Joshua G. Kelly, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653750 c/w 653751.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on the petition for judicial review filed by relator, Joshua G. Kelly, on or before December 31, 2019, and to provide this court with a copy of its ruling by January 15, 2020.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

_____
DEPUTY CLERK OF COURT
FOR THE COURT